UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:                         )
                               )    Case No. 15-48653
TENESHA BADY,                  )
                               )    Chapter 13 Bankruptcy
    Debtor.                    )

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Debtor's Motion to Extend the Automatic Stay will be heard before the Honorable Kathy Surratt—States at the Thomas F. Eagleton Courthouse, 111 South 10th Street, 7th Floor, North Courtroom, on the 14th day of December, 2015 at 10:00 a.m.

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Debtor, Tenesha Bady, by and through undersigned counsel, and requests that this Honorable Court extend the automatic stay to the end of her Chapter 13 Plan. In support of this Motion, Debtor states the following:

1. That Debtor's prior Chapter 13 Bankruptcy, (Case Number 15-46171) was filed on August 18, 2015 and dismissed on October 15, 2015 for failure to make plan payments.
2. This immediate case (Case Number 15-48653) was filed on November 16, 2015.
3. That Debtor's counsel has filed the Voluntary Petition, Schedules A-J, the Statement of Financial Affairs, Creditor Matrix, Disclosure of Attorney Compensation, Chapter 13 Means Test, Attorney Fee Election Form, Chapter 13 Plan, and Certificate of Credit Counseling.
4. That Debtor has filed this second case in good faith because:
   a. This is only the second case Debtor has filed in the last 12 months.

b. In Debtor's previous Chapter 13 Bankruptcy, Debtor was to begin receiving payments from the State of Missouri for her child care business. She did receive a lump sum payment for two months' service, however, the funds were deposited into a frozen bank account and were offset by the bank.
c. Since Debtor did not receive her income from the State of Missouri, she was unable to make her plan payment and her case was dismissed.
d. Debtor is now receiving payments from the State of Missouri, and is expecting additional funds beginning in January, 2015.
e. Debtor will be able to afford her Chapter 13 Plan payments.

WHEREFORE, Debtor prays this Honorable Court grant her Motion to Extend Automatic Stay, and for what other and further Orders this Court may deem just and appropriate.

/s/Robert E. Faerber
Robert E. Faerber, #46794/60555
Attorney for Debtor
230 South Bemiston, Suite 600
Clayton, Missouri 63105
Tel: 314/727-3434
Fax: 314/727-6992
faerber@msn.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been via electronic notification through this Court's ECF system to John V. LaBarge, Chapter 13 Trustee, and by U.S. Mail, postage pre-paid to all creditors and parties of interest, this 19th day of November, 2015.

/s/Robert E. Faerber